United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Michael Stokes  
Gwendolynn A. Stokes  
      Debtors

Case No. 16-00228-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: LyndseyPr     Page 1 of 1     Date Rcvd: Aug 20, 2019  
                              Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.  
4792827         +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas lane,    Monroe LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association    bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Stephen McCoy Otto    on behalf of Debtor 1 Michael   Stokes steve@sottolaw.com,   info@sottolaw.com, no_reply@ecf.inoruptcy.com  
         Stephen McCoy Otto    on behalf of Debtor 2 Gwendolynn A. Stokes steve@sottolaw.com, info@sottolaw.com,no_reply@ecf.inoruptcy.com  
         Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association    tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                            TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-00228-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Stokes
490 Dutchtown Road
Ashland PA 17921-9308

Gwendolynn A. Stokes
490 Dutchtown Road
Ashland PA 17921-9308

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/19/2019.

Name and Address of Alleged Transferor(s):

Claim No. 21: JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas lane, Monroe LA 71203

Name and Address of Transferee:

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146
Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/22/19

Terrence S. Miller
**CLERK OF THE COURT**