```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00228-RNO
Michael Stokes                                                  Chapter 13
Gwendolynn A. Stokes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Aug 20, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db/jdb          Michael Stokes,    Gwendolynn A. Stokes,    490 Dutchtown Road,    Ashland, PA   17921-9308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Brian C Nicholas     on behalf of Creditor    JPMorgan Chase Bank, National Association
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman     on behalf of Creditor    JPMorgan Chase Bank, National Association
               josh.goldman@padgettlawgroup.com,    kevin.shatley@padgettlawgroup.com
              Stephen McCoy Otto    on behalf of Debtor 1 Michael  Stokes steve@sottolaw.com, info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              Stephen McCoy Otto    on behalf of Debtor 2 Gwendolynn A. Stokes steve@sottolaw.com,
               info@sottolaw.com,no_reply@ecf.inforuptcy.com
              Thomas I Puleo    on behalf of Creditor     JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Stokes<br>Gwendolynn A. Stokes<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Bayview Loan Servicing, LLC<br>　　　　　　　Movant<br>vs. | NO. 16-00228 RNO |
| Michael Stokes<br>Gwendolynn A. Stokes<br>　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 |
| Charles J. DeHart, III Esq.<br>　　　　　　　Trustee | |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on July 24, 2020 is hereby approved and does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Dated: August 20, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)