Certificate Number: 14912-PAM-DE-035280681

Bankruptcy Case Number: 16-00228


14912-PAM-DE-035280681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 18, 2021, at 9:25 o'clock PM EST, Michael Stokes completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 18, 2021            By: /s/Jai Bhatt

                                                                   Name: Jai Bhatt

                                                                   Title: Counselor