Certificate Number: 14912-PAM-DE-035280682

Bankruptcy Case Number: 16-00228


14912-PAM-DE-035280682

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 18, 2021, at 9:25 o'clock PM EST, Gwendolynn Stokes completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 18, 2021    By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor