# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    MICHAEL STOKES                                Case No.: 5-16-00228-RNO

    GWENDOLYNN A. STOKES                   Chapter 13

            Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                      **MORTGAGE INFORMATION**

Creditor Name:                    BAYVIEW LOAN SERVICING
Court Claim Number:               21
Last Four of Loan Number:        1798/PRE ARREARS/490 DUTCHTOWN RD
Property Address if applicable:     490 DUTCHTOWN ROAD, , ASHLAND, PA17921-9308

**PART 2:**                      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,054.11 |
| b. | Prepetition arrearages paid by the Trustee: | $1,054.11 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,054.11 |

**PART 3:**                      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021                  Respectfully submitted,

                                          s/ Charles J. DeHart, III, Trustee
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA 17036
                                          Phone: (717) 566-6097
                                          Fax: (717) 566-8313
                                          eMail: dehartstaff@pamd13trustee.com

Creditor Name: BAYVIEW LOAN SERVICING
Court Claim Number: 21

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 9003637 | 01/12/2017 | $1,054.11 | $0.00 | $1054.11 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MICHAEL STOKES  
GWENDOLYNN A. STOKES  
        Debtor(s)

Case No.: 5-16-00228-RNO  
Chapter 13

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN McCOY OTTO, ESQUIRE<br>LAW OFFICE OF STEPHEN M OTTO, LLC<br>833 N PARK ROAD, SUITE 102<br>WYOMISSING PA, 19610- | SERVED ELECTRONICALLY |
| BAYVIEW LOAN SERVICING, LLC<br>4425 PONCE DE LEON BLVD, 5TH FLOOR<br>CORAL GABLES, FL, 33146 | SERVED BY 1ST CLASS MAIL |
| MICHAEL STOKES<br>GWENDOLYNN A. STOKES<br>490 DUTCHTOWN ROAD<br>ASHLAND, PA 17921-9308 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott  
Charles J. DeHart, III, Trustee  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Fax: (717) 566-8313  
eMail: dehartstaff@pamd13trustee.com